IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MAYAR ZOKAEI, | ) |
| Plaintiff, | ) ) ) |
| V. | ) CIVIL ACTION NO. SA-20-CA-775-FB |
| FUNDAMENTAL SPORTS MANAGEMENT, LLC; RAHUL PATEL; GRANT GAINES; NICOLAS LaHOOD; and ROE-BRG INVESTMENTS, LLC, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF ADMINISTRATIVE CLOSURE

Before the Court is the status of the above styled and numbered cause. By Order of Consolidation signed this date, this case has been consolidated with SA-20-CA-774-FB, with all documents to be filed from this date forward in the lead case of SA-20-CA-774-FB. The Court is therefore of the opinion that this case should be administratively closed pending further Order of the Court.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to ADMINISTRATIVELY CLOSE the above styled and numbered cause pending further Order of the Court.

It is so ORDERED.

SIGNED this 24th day of February, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE